```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF TEXAS

 3                        BROWNSVILLE DIVISION

 4   USA                              §    CASE NO. 4:22-cr-00560-1
                                      §    BROWNSVILLE, TX
 5   VERSUS                           §    WEDNESDAY,
                                      §    NOVEMBER 16, 2022
 6   MARTINEZ, et al.                 §    10:43 AM TO 10:50 AM

 7                         INITIAL APPEARANCE

 8            BEFORE THE HONORABLE GEORGE HANKS
                  UNITED STATES MAGISTRATE JUDGE
 9
                              APPEARANCES:
10

11        FOR THE PARTIES:              SEE NEXT PAGE

12        COURT REPORTER:               JENNIFER LONGORIA

13        COURT CLERK:                  DORI REYNA

14

15

16

17

18

19

20

21                  TRANSCRIPTION SERVICE BY:

22               Veritext Legal Solutions
                330 Old Country Road, Suite 300
23                    Mineola, NY 11501
             Tel: 800-727-6396 ▼ www.veritext.com
24
        Proceedings recorded by electronic sound recording; transcript
25                produced by transcription service.
```

```
 1                         APPEARANCES:

 2   FOR THE PLAINTIFF:        OFFICE OF THE U.S. ATTORNEY
                               Bill Hagen
 3                             100 Louisiana
                               Suite 2300
 4                             Houston, TX 77002
                               713-567-9000
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1       BROWNSVILLE, TEXAS; WEDNESDAY, NOVEMBER 16, 2022; 10:43 AM
 2             THE COURT:  All right.  Let's call United States of
 3   America versus -- and that is -- there's no criminal number.
 4   This is a CV case.
 5             CLERK:  560.
 6             THE COURT:  560?
 7             CLERK:  22-cr-560.
 8             THE COURT:  Okay.
 9             CLERK:  Dash 1, dash 4, and dash 12.
10             THE COURT:  All right.  Then let's call 22-560-1.
11   I'm sorry.  What are the numbers here?  This is absolutely
12   unforgiveable.  Explain the numbers to me.  Just mark them.
13   All right.  22-560, United States v. Carlos Favian Martinez,
14   Pedro Antonio Calvillo Hernandez, and Jose De Jesus Tapia
15   Fernandez.  That's dash 1, dash 4, and dash 12.
16             MR. HAGAN:  Bill Hagan for the United States, Your
17   Honor.
18             THE COURT:  Mr. Hagan.  All right.  Swear the
19   Defendants, please.
20             CLERK:  Please raise your right hands.  Do you
21   solemnly swear to tell the truth, the whole truth, and nothing
22   but the truth, so help you God?
23             MR. MARTINEZ:  Yes.
24             MR. HERNANDEZ:  Yes.
25             MR. FERNANDEZ:  Yes.
```

1           THE COURT:  Mr. Hagen, under Rule 5, as counsel for
2    the United States in order to comply with this disclosure
3    obligation under Brady v. Maryland and its progeny, failure to
4    do so may result in the dismissal of charges, exclusion of
5    evidence, adverse jury instructions, contempt proceedings, and
6    sanctions.  You understand all that?
7           MR. HAGEN:  I understand, Your Honor.
8           THE COURT:  All right.  Okay.  Do we have a form
9    anywhere there's been signed?
10          MR. GARZA:  No, I do not have any forms.  They
11   understand their position.
12          THE COURT:  All right.  Let me just -- let me do it
13   this way.  All right.  Gentlemen, the first of you, don't ask
14   your -- don't tell me what your name is.  How far did you go in
15   school?
16          MR. MARTINEZ:  High school.
17          THE COURT:  Do you read and write English?
18          MR. MARTINEZ:  Yes.
19          THE COURT:  Do you understand what the -- what I'm
20   telling you?
21          MR. MARTINEZ:  Yes.
22          THE COURT:  All right.  Sir, you next.  What is --
23   don't tell me your name.  How far did you go in school?
24          MR. HERNANDEZ:  Preparatory school.
25          THE COURT:  Okay.  Do you read and write Spanish?

```
 1                MR. HERNANDEZ:  Yes, sir.
 2                THE COURT:  Do you understand what the court
 3    interpreter is telling you?
 4                MR. HERNANDEZ:  Yes, sir.
 5                THE COURT:  The next gentleman, what is -- don't tell
 6    me your name.  Let me just ask you how far did you go in
 7    school?
 8                MR. FERNANDEZ:  Attorney.
 9                THE COURT:  Okay.  Do you read and write Spanish?
10                MR. FERNANDEZ:  Yes, sir.
11                THE COURT:  Do you understand what the court
12    interpreter is telling you?
13                MR. FERNANDEZ:  Yes, sir.
14                THE COURT:  Gentlemen, have either of you or any of
15    you ever been treated for a mental illness or committed to a
16    mental institution of any sort?
17                MR. FERNANDEZ:  No, sir.
18                MR. HERNANDEZ:  No, sir.
19                MR. MARTINEZ:  No, sir.
20                THE COURT:  Negative from all.  Are any of you under
21    the influence of anything, drugs, alcohol, or medication, that
22    prevent you from thinking clearly?
23                MR. FERNANDEZ:  No, sir.
24                MR. HERNANDEZ:  No, sir.
25                MR. MARTINEZ:  No, sir.
```

```
 1              THE COURT:  Negative from all.  Gentlemen, the three
 2   of you have been arrested based upon a warrant that was issued
 3   in Houston, Texas.  That warrant alleges a number of things
 4   against you.  Mr. Martinez, you are named in Counts I through
 5   XI.  Mr. Hernandez, you are named in Counts I through III and
 6   V.  Mr. Fernandez, you are named in Counts V and Counts IX
 7   through XI.  Now, each of you need to understand that you have
 8   a right to remain silent.  Anything you say can and will be
 9   used against you in a court of law.  If you're not a United
10   States citizen, you would also have the right to have someone
11   notify the consulate office of your home country informing that
12   office that, in fact, you have been arrested and detained in
13   this country.
14              You also have the right to an identity hearing.  That
15   is to determine who you are.  You only have the right to one
16   detention hearing either here or in the charging district, that
17   is in the charging -- in the district in Houston.  If you waive
18   them -- you can waive them if you want.  Now, what's the
19   decision with respect to each of these individuals?
20              MR. GARZA:  My understanding, Your Honor, first of
21   all, that they understand the (indiscernible) as you explained
22   it to them.  They are hiring an attorney to represent them, and
23   they wish to go to Houston to have the arraignment and the
24   detention hearing with their private attorney.
25              THE COURT:  Okay.  Is that what you want, sir?
```

1    MR. MARTINEZ:  Yes, sir.
2    THE COURT:  All right.  And you?
3    MR. HERNANDEZ:  Yes, sir.
4    THE COURT:  And you as well?
5    MR. FERNANDEZ:  Yes, sir.
6    THE COURT:  All right.  Then --
7    MR. GARZA:  And for the record, Your Honor, I
8    provided them copies with the -- copies of the indictment so
9    they each have a copy.
10   THE COURT:  Okay.  All right.  So each of you have a
11   copy of the indictment.
12   MR. FERNANDEZ:  Yes, sir.
13   MR. HERNANDEZ:  Yes, sir.
14   MR. MARTINEZ:  Yes, sir.
15   THE COURT:  And each of you are prepared to go -- to
16   be transported to Houston so that you can answer the charges
17   that are against you.  Is that correct?
18   MR. FERNANDEZ:  Yes, sir.
19   MR. HERNANDEZ:  Yes, sir.
20   MR. MARTINEZ:  Yes, sir.
21   THE COURT:  All right.  Then each of you are remanded
22   to the custody of the marshals in your current status pending
23   further proceedings.  Thank you, sir.  Okay.
24   MR. FERNANDEZ:  Thank you.
25   MR. HERNANDEZ:  Thank you.

1          MR. MARTINEZ:  Thank you.
2          MR. HAGEN:  And Your Honor, there is an order of
3  detention and (indiscernible) arraignment.
4          THE COURT:  Yeah, that's correct.  At least there is
5  none that I'm aware of because they've been arrested here, but
6  they're being tried in Houston.  And so what's going to happen
7  is that we've got kind of a combination of a Rule 40 and not a
8  Rule 40.
9          MR. HAGEN:  I just want the record to be clear that
10 the Government does want these Defendants detained and we would
11 like a detention hearing --
12         THE COURT:  Okay.  All right.
13         MR. HAGEN:  -- as provided by law.
14         THE COURT:  Okay.  Well -- and you did get the
15 detention hearing, but you only get one.  Either here or in
16 Houston.
17         MR. HAGEN:  No, in Houston's fine, but I just -- I
18 think that -- I didn't want efforts to be made for release
19 while --
20         THE COURT:  Yeah, they're not going to be released.
21 They're going to be transported to Houston and to answer to the
22 charges that are -- that have been levied against them.  All
23 right?
24         MR. GARZA:  That's what I explained to them.
25         THE COURT:  Yes.  That's exactly right.  All right.

```
 1   Anything else that we need to talk about?
 2              MR. GARZA:  No.  Not today.
 3              THE COURT:  Okay.  Then each of you -- do you have
 4   any questions, sir?
 5              MR. MARTINEZ:  No, no.  Thank you.
 6              THE COURT:  All right.  Then each of you are remanded
 7   to the custody of the marshals in your current status pending
 8   transfer to Houston.  Thank you very much.
 9              MR. MARTINEZ:  Thank you, sir.
10              THE COURT:  Okay.  Make sure that they go quickly.
11              MR. HAGEN:  May I be excused, Judge?
12              THE COURT:  Yeah.  Can't figure out who's on first
13   here.
14         (Hearing adjourned at 10:50 A.M.)
15                            * * * * *
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T I O N

 2

 3       I, Sonya Ledanski Hyde, certified that the foregoing

 4    transcript is a true and accurate record of the proceedings.

 5

 6    [signature: Sonya M. Ledanski Hyde]

 7

 8    Sonya Ledanski Hyde

 9

10

...

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  February 9, 2023
```